DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIBEZERE C. AUDENAT,**
Appellant,

v.

**ROSE A. AUDENAT,**
Appellee.

No. 4D19-2645

[October 29, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tarlika Navarro, Judge; L.T. Case Nos. DVCE-14-000754 and FMCE 13-009587.

Libezere C. Audenat, Coconut Creek, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***